# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 88 MAL 2023
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
LAMARCUS EUGENE DRAYTON, :
:
Petitioner :

## ORDER

**PER CURIAM**

**AND NOW**, this 7th day of August, 2023, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to the remaining issue. The issue, as stated by petitioner, is:

> Did the court err and abuse its discretion in denying appellant's PCRA [petition] given trial counsel's ineffectiveness for failing to object to written jury instructions being sent back with the jury during deliberations by requiring a show of prejudice which would in essence require the jurors to be polled on how [they] viewed the jury instructions?